# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
GABRIEL A. GINAPP, BAR NO. 8467.

No. 71015

FILED

JAN 2 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING CASE*

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that attorney Gabriel A. Ginapp be disbarred for violating RPC 1.8 (conflict of interest: current clients: specific rules), RPC 8.1 (bar admission and disciplinary matters), and RPC 8.4 (misconduct).

The State Bar filed a complaint against Ginapp alleging the above-mentioned rule violations. Ginapp did not answer the complaint and did not appear at the disciplinary hearing or otherwise participate in the disciplinary proceedings. A default was entered against him, and the hearing panel entered a written decision recommending disbarment. Ginapp then filed a brief in this court challenging the evidence supporting the rule violations and the hearing panel's recommended discipline and asking that the default be set aside.

On October 24, 2107, we ordered a limited remand to allow Ginapp to pursue a motion to set aside the default before the panel chair in the first instance and directed the parties to provide this court with status reports. We have since received status reports from Ginapp and the State Bar indicating that the default and, so, the hearing panel's original

18-03667

recommendation have been set aside and a formal disciplinary hearing has been set for February 13, 2018, at which time the parties expect to resolve the matter by a conditional guilty plea. In light of this information, we dismiss this matter without prejudice.

It is so ORDERED.[1]

_____, C.J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Chair, Southern Nevada Disciplinary Board
G. Asa Ginapp
C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Kimberly K. Farmer, Executive Director, State Bar of Nevada

---

[1]This order constitutes our final disposition of this matter. Any further proceedings involving Ginapp shall be docketed as a new matter.